IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16cr101-HSO-JCG-1

BENJAMIN FALCON-AGUIRRE

## NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW the Defendant, BENJAMIN FALCON-AGUIRRE, by and through his undersigned counsel of record, John W. Weber, III, of the Federal Public Defender's Office, and notifies the Court and United States Attorney's office of his intent to change his plea to guilty on the charge brought against him by the Government.

Respectfully submitted this the 1st day of February, 2017.

S. DENNIS JOINER
Federal Public Defender

By: /s/John W. Weber, III
John W. Weber, III (MSB#101020)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Phone: (228) 865-1202
Fax: (228) 867-1907
E-mail: John_Weber@fd.org
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I, John W. Weber, III, do hereby certify that I have this day electronically filed the Notice of Intent to Change Plea to Guilty with the Clerk of the Court using the ECF system which sent notification of such filing to the Assistant United States Attorney John A. Meynardie.

SO CERTIFIED, this the 1st day of February, 2017.

By: /s/John W. Weber, III
JOHN W. WEBER, III
*Attorney for Defendant*